# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA** )
)
    **v.** )    M.B.D. No. _____
)
**YRIS SANCHEZ** )
    **Defendant** )

## ASSENTED-TO MOTION FOR ENDS-OF-JUSTICE CONTINUANCE OF TIME FOR FILING AN INDICTMENT OR INFORMATION, AND EXCLUSION OF TIME, UNDER THE SPEEDY TRIAL ACT

    The United States of America, by and through Assistant United States Attorney William F. Abely, and the defendant through undersigned counsel, respectfully move this Court to grant a continuance of the time within which an indictment or information must be filed, and exclude the time period from February 8, 2020, through and including March 12, 2020, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by granting the requested continuance and excluding these periods outweigh the best interests of the public and the defendant in a speedy trial. The parties further ask this Court to issue the attached proposed *Order of Continuance and Excludable Delay*. In support of this request, the parties state as follows:

    1.    The parties have been engaged in preliminary discussions regarding the possible resolution of this matter (which was initiated by a criminal complaint in *United States v. Yris Sanchez* (1:20-mj-02011-MBB) that might result in a waiver of indictment and obviate the need for an indictment.

2. The requested exclusion of time will permit defense counsel to adequately confer with the defendant, and will allow the parties to further discuss the potential resolution of this matter, before the government is required to seek an indictment.

3. The parties agree that, if the requested time is excluded, the government has until March 12, 2020 to return an indictment in this case. No previous extensions have been requested.

4. The defendant is being held in custody on the basis of the complaint.

5. Counsel for the defendant has assented to this motion.

6. A proposed order is attached.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ *William F. Abely*
William F. Abely
Assistant U.S. Attorney

### Certificate of Service

I hereby certify that this document will be sent via email to counsel for Defendant Yris Sanchez.

/s/ *William F. Abely*
William F. Abely
Assistant U.S. Attorney

### Rule 7.1 Certification

I certify that I have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issue.

/s/ *William F. Abely*
William F. Abely
Assistant United States Attorney